UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLE K. NILSSEN and<br>GEO FOUNDATION, LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., COSTCO<br>WHOLESALE CORP., HOME DEPOT,<br>INC., MENARD, INC., LOWE'S HOME<br>CENTERS, INC., IKEA ILLINOIS, LLC,<br>TRUSERVE CORP., and ACE<br>HARDWARE CORP.,<br><br>    Defendants | No. 04-C-5363<br><br>Judge Robert W. Gettleman |

### DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE EXPENSES

Pursuant to Fed. R. Civ. P. 54(d)(2), Defendants Wal-Mart Stores, Inc., Costco Wholesale Corp., Lowe's Home Centers, Inc. and IKEA Illinois, LLC ("Defendants"), respectfully move this Court to award them their attorneys' fees and non-taxable expenses in connection with this action. As grounds therefor, Defendants state that this is an exceptional case within the meaning of 35 U.S.C. § 285 and that the requested awards are therefore warranted. As further grounds, Defendants rely on their Memorandum in Support of Motion for Attorneys' Fees and Non-Taxable Expenses and the reasons set forth therein.

WHEREFORE, Defendants pray that this Court grant their motion and award them their attorneys' fees and non-taxable expenses, together with prejudgment and post-judgment interest.

Respectfully submitted,

Dated: June 17, 2008

/s/Gary W. Smith
Gary W. Smith
Posternak Blankstein & Lund LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617.973.6277
Fax: 617.367.2315

Attorneys for Defendant,
Wal-Mart Stores, Inc.,
And also on behalf of
Costco Wholesale Corp.,
Lowes Home Centers, Inc.
and IKEA Illinois, LLC

**CERTIFICATE OF SERVICE**

I, Gary W. Smith, do hereby certify that on this 17th day of June, 2008, I served a copy of the foregoing **DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS** via ECF notice and/or e-mail upon the following counsel of record:

Raymond N. Nimrod
John E. Titus
Jonathan Hill
Stephen M. Geissler
Steven M. Zeller
Jenner & Block LLP
330 N. Wabash Ave., 40th Floor
Chicago, IL 60601

David M. Allen
Rachel T. Nguyen
Schuyler, Roche & Zwirner, P.C.
130 East Randolph Street, Suite 3800
Chicago, IL 60601

Michael A. Reiter
Rachael G. Pontikes
Duane Morris LLP
227 W. Monroe St., #3400
Chicago, IL 60606

Marianne C. Holzhall
Jonathan R. Spivey
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610

David B. Sudzus
Benjamin T. Vinson
Drinker Biddle & Reath LLP
161 North Clark Street
48th Floor
Chicago, IL 60601

Margaret M. Duncan
Stephen T. Scherrer
Kristin Vink Venegas
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

Kimball R. Anderson
Kathleen B. Barry
Winston & Stawn LLP
35 West Wacker Drive
Chicago, IL 60601

                                                    /s/Gary W. Smith