

AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Northern   District of   Illinois

Ole K. Nilssen and Geo Foundation, Ltd.

v.

Wal-Mart Stores, Inc. et al.

**BILL OF COSTS**

Case Number: 04 C 5363

Judgment having been entered in the above entitled action on **March 19, 2008** against **Plaintiffs**, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 67.90 |
| Fees and disbursements for printing | 7,591.74 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 0.00 |
| TOTAL | $ 7,659.64 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Jenner & Block, 330 N Wabash, Chicago IL 60601 .

Signature of Attorney: _(signed)_

Name of Attorney: Anthony J. Fitzpatrick

For: Costco Wholesale Corp.
Name of Claiming Party

Date: April 18, 2008

Costs are taxed in the amount of $7,659.64 and included in the judgment.

MICHAEL W. DOBBINS   By: _(signed)_ George Schuwerin   July 8, 2008
Clerk of Court             Deputy Clerk                   Date